Order issued August 6, 2012

 In The
 Court of Appeals
 For The
 First District of Texas

 NO. 01-12-00614-CV

 Greater Houston Pipe, LC, Appellant

 V.

 Deepwater Corrosion Services, INC, Appellee

 On Appeal from 61st District Court
 Harris County, Texas
 Trial Court Cause No. 1064059

 MEMORANDUM ORDER
 OF REFERRAL TO MEDIATION

 The Court determines that it is appropriate to refer this appeal
for resolution by mediation. See Tex. Civ. Prac. & Rem. Code Ann. §§
154.021, 154.022(a), 154.023 (Vernon 2005). Accordingly, the Court
orders that this appeal be referred to mediation unless any party to
the appeal files an objection with the Clerk of this Court within ten
days after receiving this order. See id. § 154.022(b).
 The parties shall choose a qualified mediator and agree on a
reasonable fee for the mediator’s services. 1 See id. §§ 154.052,
154.054(a) (Vernon 2005). When the parties notify the Clerk of this
Court of the name of the mediator, that person shall be deemed
appointed by the Court. See id. § 154.051 (Vernon 2005). The parties
should provide the mediator with a completed “Notification to
Mediator” and the “Appointment and Fee Report—Mediation” form. These
documents can be downloaded from the forms page of the Court’s website
at http://www.1stcoa.courts.state.tx.us.
 The Court sets the following deadlines:

 • No later than 15 days from the date that this order is
 issued, the parties shall file with the Clerk of this Court a
 completed “Parties’ Notification to Court of Mediator.” This
 document can be downloaded from the forms page of the Court’s
 website at http://www.1stcoa.courts.state.tx.us.

 • No later than 45 days from the date that this order is
 issued, the parties shall conduct the mediation.

 • No later than two days from the conclusion of the
 mediation, the parties and the mediator shall advise the Clerk of
 this Court in writing whether the parties did or did not settle
 the underlying dispute, and the mediator shall file with the
 Clerk of this Court a completed “Appointment and Fee
 Report—Mediation” form. This document can be downloaded from the
 forms page of the Court’s website at
 http://www.1stcoa.courts.state.tx.us.

 All parties, or their representative with full settlement
authority, shall attend the mediation with their counsel. The
mediator shall encourage and assist the parties in reaching a
settlement of their dispute, but may not compel or coerce the parties
to enter into a settlement agreement. See id. § 154.053(a) (Vernon
2005). All communications relating to the mediation are confidential
and not subject to disclosure, except as set forth by law. See id. §
154.073 (Vernon 2005). The Clerk of this Court, however, will file
this order, any objection to this order, and the completed “Parties’
Notification to Court of Mediator” and “Appointment and Fee
Report—Mediation” forms with the other documents filed in this appeal
that are available for public inspection.
 Unless expressly authorized by the disclosing party, the
mediator may not disclose to either party information given in
confidence by the other and shall at all times maintain
confidentiality with respect to communications relating to the subject
matter of the dispute. See id. § 154.053(b). Unless the parties
agree otherwise, all matters, including the conduct and demeanor of
the parties and their counsel during the settlement process, are
confidential and may never be disclosed to anyone, including this
Court. See id. § 154.053(c).
 The Court will consider the agreed fee for the mediator’s
services to be reasonable and tax that fee as a cost of the appeal
unless the parties agree to another method of payment. See id. §
154.054.
 Nothing in this order modifies the timetables in the Texas Rules
of Appellate Procedure regarding the appellate record and briefs.

 /s/ Evelyn Keyes
 Justice Keyes
 Acting Individually

 1 The Court does not recommend mediators. Mediation
 information is available from the Dispute Resolution Center of
 Harris County ((713) 755-8274 and
 http://www.co.harris.tx.us/DRC), the Fort Bend Dispute Resolution
 Center ((281) 342-5000), the Alternate Dispute Resolution Section
 of the State Bar of Texas (http://www.texasadr.org/), and other
 groups. The parties are not required to use a mediator
 recommended or listed by these groups.